# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLIT 2007-AR8,<br><br>        Plaintiff(s),<br>  v.<br>MANUEL ROBLES,<br>        Defendant(s).<br>_____/ | No. C-11-5476 MEJ<br><br>**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court is Motion for Leave to Proceed in forma pauperis filed by the defendant. Upon review of the record in this action, the Court notes that the Consent/Declination to Proceed Before a United States Magistrate has not been filed. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court, by way of the enclosed form, whether they consent to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by November 30, 2011.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLIT 2007-AR8, <br><br> Plaintiff(s), <br> vs. <br> MANUEL ROBLES, <br> Defendant(s). / | Case Number: C-11-5476 MEJ <br><br> CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____     Signed by:_____

                                    Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____     Signed by:_____

                                    Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLIT 2007-AR8,<br><br>            Plaintiff,<br><br>  v.<br><br>MANUEL ROBLES,<br><br>            Defendant. | Case Number: C-11-5476 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dated: November 16, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

**Manuel Robles**
21667 Westfield Avenue
Hayward, CA 94541